```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-11-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MIRALEM LJULJANOVIC,

                Defendant.

-------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Telephone Change of Plea Hearing is set for **August 18, 2022** at **2:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated:    New York, New York
            August 11, 2022

                                              ANDREW L. CARTER, JR.
                                              United States District Judge