```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 8/18/22
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-                            20-CR-660 (ALC)

                                             **AMENDED ORDER**

MIRALEM LJULJANOVIC,

                Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Telephone Change of Plea Hearing is set for **August 18, 2022** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:    New York, New York
             August 18, 2022

                                                    _____
                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge